# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John Michael Deleman,<br><br>    Plaintiff,<br><br>    v.<br><br>HighLevel, Inc.,<br><br>    Defendant. | Case No:<br><br>**NOTICE OF REMOVAL**<br><br>Removed from:<br>Court of Common Pleas of<br>Luzerne County,<br>Case No. 2025-07845 |

TO:   Clerk of the United States District Court for the Middle District of Pennsylvania

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §1332(a), Defendant HighLevel, Inc. ("Defendant"), by and through its undersigned counsel, hereby removes this civil action from the Court of Common Pleas of Luzerne County, Pennsylvania, to the United States District Court for the Middle District of Pennsylvania.  Removal is proper under 28 U.S.C. §1332 *et seq.* In support of this Notice of Removal, Defendants states as follows:

**I.    State Court Action.**

1.    On July 9, 2025, Plaintiff John Michael Deleman ("Plaintiff") filed a Verified Complaint (the "Verified Complaint") and order to show cause in the Court of Common Pleas of Luzerne County, Pennsylvania, captioned John Michael Deleman v. HighLevel, Inc., Case No. 202507845.

2.    On July 10, 2025, Defendant was served with the Verified Complaint.

3.    Pursuant to 28 U.S.C. §1446(a), a true and correct copy of the Verified Complaint and order to show cause served upon Defendant is attached hereto as Exhibit A.

## II. Basis for removal: diversity jurisdiction

4. This Court has original jurisdiction over this action under 28 U.S.C. §1332(a), and the action is removable pursuant to 28 U.S.C. §1441(b), because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### A. Diversity of Citizenship

5. Plaintiff is an individual residing in Luzerne County, Pennsylvania.

6. Defendant is a corporation organized under the laws of the State of Delaware with its principal place of business located at 400 N. St. Paul Street, Suite 920, Dallas, Texas 75201.

7. Complete diversity of citizenship exists between the parties.

### B. Amount in Controversy

8. Plaintiff seeks compensatory damages totaling $1,259,794.52, along with punitive damages, treble damages, attorneys' fees, injunctive relief, and other equitable relief.

9. Thus, the amount in controversy exceeds $75,000, exclusive of interest and costs, as required by 28 U.S.C. §1332(a).

## III. PROCEDURAL COMPLIANCE

10. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within thirty (30) days after service of the Verified Complaint.

11. The United States District Court for the Middle District of Pennsylvania is the appropriate venue for removal under 28 U.S.C. §§ 118(b) and 1441(a), because Luzerne County is located within this judicial district.

12. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly serve written notice of the filing of this Notice of Removal on Plaintiff and will file a copy with the Prothonotary of the Court of Common Pleas of Luzerne County, Pennsylvania.

## IV. RESERVATION OF RIGHTS

13. Defendant reserves all defenses, including lack of personal jurisdiction, improper venue, and failure to state a claim. This Notice of Removal is submitted subject to and without waiver of any such defenses.

WHEREFORE, Defendant HighLevel, Inc. respectfully removes this action to the United States District Court for the Middle District of Pennsylvania.

Dated: July 14, 2025

Respectfully submitted,

By: *George McClellan*

George McClellan, Esq.  (86268)
McClellan Bernstiel, LLP
103 Carnegie Center, Third Floor
Princeton, New Jersey 08540
T: (609) 200-0570
E: george@mcbelegal.com

Attorneys for Defendant
HighLevel, Inc.